**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On November 6 and 8, 2013, we received the reporter's record and exhibits, and on November 8, 2013, we received the clerk's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 23, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE